# EXHIBIT B

## Major, Lindsey & Africa, LLC
## MUTUAL AGREEMENT TO ARBITRATE CLAIMS

I recognize that differences may arise between Major, Lindsey & Africa, LLC ("the Company") and me during or following my employment with the Company, and that those differences may or may not be related to my employment. I understand and agree that by entering into this Mutual Agreement to Arbitrate Claims ("Agreement"), I anticipate gaining the benefits of a speedy, impartial dispute-resolution procedure.

Except as provided in this Agreement, the Federal Arbitration Act shall govern the interpretation, enforcement and all proceedings pursuant to this Agreement. To the extent that the Federal Arbitration Act either is inapplicable, or held to not to require arbitration of a particular claim or claims, Delaware law pertaining to agreements to arbitrate shall apply.

I understand that any reference in this Agreement to the Company will be a reference also to its subsidiary and affiliated entities, all benefit plans, the benefit plans' sponsors, fiduciaries, administrators, and affiliates, and all successors and assigns of any of them.

**Claims Covered by the Agreement**

The Company and I mutually consent to the resolution by arbitration of all claims or controversies ("claims"), past, present, or future, whether or not arising out of my employment (or its termination), that the Company may have against me or that I may have against the Company or against its officers, directors, Members, employees, or agents in their capacity as such. The only claims that are arbitrable are those that, in the absence of this Agreement, would have been justiciable under applicable state or federal law. The claims covered by this Agreement include but are not limited to, claims for wages or other compensation due; claims for breach of any contract or covenant (express or implied); tort claims; claims for discrimination or harassment (including, but not limited to, race, sex, sexual orientation, religion, national origin, age, marital status, or medical condition, handicap, or disability); claims for benefits (except claims under an employee benefit or pension plan that either (1) specifies that its claims procedure shall culminate in an arbitration procedure different from this one, or (2) is underwritten by a commercial insurer which decides claims); and claims for violation of any federal, state, or other government law, statue, regulation, or ordinance, except claims excluded elsewhere in this Agreement.

Except as otherwise provided in this Agreement, both the Company and I agree that neither of us shall initiate or prosecute any lawsuit or administrative action (other than an administrative charge of discrimination to the EEOC or similar state or local fair employment practices agency, or an administrative charge within the jurisdiction of the National Labor Relations Board), in any way related to any claim covered by this Agreement.

### Claims Not Covered by the Agreement

Claims by me for workers' compensation or unemployment compensation benefits are not covered by this Agreement. Claims, either by the Company or by me, seeking injunctive or declaratory relief with respect to any confidentiality, return of property, non-solicitation, non-compete, or nondisparagement covenants that I have with the Company or any other intellectual property rights are not covered by this Agreement (although all other aspects of such claims, including any claims for damages, are covered by this Agreement).

### Required Notice of All Claims and Statues of Limitations

The Company and I agree that the aggrieved party must give written notice of any claim to the other party in the manner described herein not later than the applicable Statute of Limitations as may be prescribed by law or by contract.

Unless changed by written notice to me pursuant to this paragraph, written notice to the Company, or its officers, directors, Members, employees or agents, shall be sent to its CEO at 938 B Street, San Rafael California 94901. I will be given written notice at the last address recorded in my personnel file.

The written notice shall identify and describe the nature of all claims asserted and the facts upon which such claims are based. The notice shall be sent to the other party by certified or registered mail, return receipt requested.

### Representation

Any party may be represented by an attorney or other representative selected by the party.

### Discovery

Each party shall have the right to take the deposition of individuals and any expert witness designated by another party. Each party shall also have the right to make requests for production of documents to any party. The subpoena right specified below shall be applicable to discovery pursuant to this paragraph. Additional discovery may be had where the arbitrator selected pursuant to this Agreement so orders, upon an appropriate showing of justification, taking into account the parties' mutual desire to have a fast, cost-effective dispute-resolution mechanism.

### Designation of Witnesses

At least 30 days before the arbitration, the parties must exchange lists of witnesses, including any expert, and copies of all exhibits intended to be used at the arbitration.

### Subpoenas

Each party shall have the right to subpoena witnesses and documents for the arbitration.

### Arbitration Procedures

The arbitration will be held under the auspices of either the American Arbitration Association ("AAA") or Judicial Arbitration & Mediation Services, Inc., ("J-A-M-S"), with the designation of the sponsoring organization to be made by the party who did not initiate the claim.

The arbitrator ("the Arbitrator") shall be either a retired judge, or an attorney licensed to practice law in the state in which the arbitration is. The arbitration shall take place in or near the city in which I am or was last employed by the Company. My claims may not be consolidated, joined, or pursued in arbitration with those of any other person or entity, including in a class arbitration, without the consent of the Company.

The Arbitrator shall be selected as follows. The sponsoring organization shall give each party a list of 11 arbitrators drawn from its panel of employment dispute arbitrators. Each party may strike all names on the list it deems unacceptable. If only one common name remains on the list of all parties, that individual shall be designated as the Arbitrator. If more than one common name remains on the lists of all parties, the parties shall strike names alternately from the list of common names until only one remains. The party who did not initiate the claim shall strike first. If no common name exists on the lists of all parties, the sponsoring organization shall furnish an additional list and the process shall be repeated. If no arbitrator has been selected after two lists have been distributed, then the parties shall strike alternately from a third list, with the party initiating the claim striking first, until only one name remains. That person shall be designated as the Arbitrator.

The Arbitrator shall apply the substantive law (and the law of remedies, if applicable) of the state in which the claim arose, or federal law, or both, as applicable to the claim(s) asserted. The Arbitrator is without jurisdiction to apply any different substantive law, or law of remedies. The Arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of this Agreement, including but not limited to any claim that all or any part of this Agreement is void or voidable, or any other matter of arbitrability. The arbitration shall be final and binding upon the parties, except as provided by this Agreement.

The Arbitrator shall have jurisdiction to hear and rule on pre-hearing disputes and is authorized to hold pre-hearing conferences by telephone or in person, as the Arbitrator deems necessary. The Arbitrator shall have the authority to entertain any potentially dispositive motion, including a motion to dismiss and/or a motion for summary judgment, by any party and shall apply the standards governing such motions under the Federal Rules of Civil Procedure.

Either party, upon request at the close of hearing, shall be given leave to file a post-hearing brief. The time for filing such a brief shall be set by the Arbitrator.

The Arbitrator shall render a written award and opinion in the form typically rendered in labor arbitrations.

Either party shall have the right, within 20 days of issuance of the Arbitrator's opinion, to file with the Arbitrator a motion to reconsider (accompanied by a supporting brief), and the other party shall have 20 days from the date of the motion to respond. The Arbitrator thereupon shall reconsider the issues raised by the motion and, promptly, either confirm or change the decision, which (except as provided by this Agreement) shall then be final and conclusive upon the parties.

**Arbitration Fees and Costs**

The Company will be responsible for paying any filing fee and all administrative costs of the arbitration and the fees and expenses of the Arbitrator (collectively the "Arbitration Costs"); provided, however, that if I am the party initiating the arbitration, I am responsible for paying to the arbitration services provider, such as AAA or JAMS, an amount equal to the filing fee to initiate a case in the court of general jurisdiction in the state in which I am (or was last) employed by the Company. Each party shall pay for its own costs (other than the Arbitration Costs) and attorneys' fees, if any. However, if any party prevails on a statutory claim which affords the prevailing party costs and/or attorneys' fees, or if there is a written agreement providing for costs and/or attorneys' fees, the Arbitrator may award costs (other than the Arbitration Costs) and/or reasonable attorneys' fees to the prevailing party, under the standards for costs and/or fee shifting provided by law.

**Judicial Review**

Either party may bring an action in any court of competent jurisdiction to compel arbitration under this Agreement and to enforce an arbitration award. A party opposing enforcement of an award may bring a separate action in any court of competent jurisdiction to set aside or modify the award, where the standard of review will be the same as that applied by an appellate court reviewing a decision of a trial court sitting without a jury.

### Interstate Commerce

I understand and agree that the Company is engaged in transactions involving interstate commerce and that the Federal Arbitration Act applies to this Agreement.

### Survival of this Agreement

This Agreement to arbitrate shall survive the termination of my employment and the expiration of any benefit plan.

### Sole and Entire Agreement

This is the complete agreement of the parties on the subject of arbitration of disputes, except for any arbitration agreement in connection with any pension or benefit plan. This Agreement supersedes any prior or contemporaneous oral or written understandings on the subject. No party is relying on any representations, oral or written, on the subject of the effect, enforceability or meaning of this Agreement, except as specifically set forth in this Agreement.

### Severability

If any provision of this Agreement is adjudged to be void or otherwise unenforceable, in whole or in part, such adjudication shall not affect the validity of the remainder of the Agreement.

### Consideration

The promises by the Company and by me to arbitrate differences, rather than litigate them out before courts or other bodies, provide consideration for each other. In addition, I acknowledge that the Company's agreement to be bound by the terms stated herein and consideration of my application for employment is consideration for this Agreement.

### Not an Employment Agreement

This Agreement is not, and shall not be construed to create, any contract of employment, express or implied. Nor does this Agreement in any way alter the "at-will" status of my employment.

*(19)* *Assignability:* You agree that MLA may assign these Terms and Conditions of Employment, in whole or in part, to any of its affiliates or to any successor of MLA, whether by merger, consolidation, sale of stock or assets, or otherwise.

*(20)* *Severability:* If any provision of these Terms and Conditions of Employment are found to be invalid or unenforceable for any reason by any arbitrator or court of competent jurisdiction, the validity of the remaining parts, terms, or provisions of these Terms and Conditions of Employment shall not be affected thereby, and the invalid or unenforceable part, term, or provision shall be severed from and not deemed to be a part of this Letter Agreement.

We do great work, have a lot of fun in the process, and are pleased that you are a member of the MLA team.

Very truly yours,

**Major, Lindsey & Africa, LLC**

_____  _____  _____
Company Representative            Title                                            Date
                                                  Partner                                          8/5/14

**Accepted**

_____  _____
Signature of Employee            Date
                                                  8/4/14

Attachments: Mutual Agreement to Arbitrate Claims; Vision, Mission & Values