UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAJOR, LINDSEY & AFRICA, LLC,**<br><br>           **Plaintiff,**<br><br>      v.<br><br>**LAUREN DRAKE,** *et al*.<br><br>           **Defendants.** | Case No. 1:19-cv-03294 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Major, Lindsey & Africa, LLC ("MLA"), by counsel, hereby submits, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, this notice of dismissal with prejudice of its Complaint, as the opposing parties have neither filed an answer nor a motion for summary judgment.

Dated: November 22, 2019

Respectfully submitted,

*/s/ Paul J. Kennedy*
Paul J. Kennedy (D.C. Bar No. 428623)
Bradley C. Tobias (D.C. Bar No. 241002)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW
Suite 400
Washington, DC  20006-4046
202.842.3400 (main telephone)

Jacqueline C. Johnson (*pro hac vice application forthcoming*)
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201.2931
214.880.8100 (main telephone)

*Counsel for Plaintiff Major, Lindsey & Africa, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November 2019, I caused to be served by email and hand delivery the foregoing Notice of Dismissal with Prejudice upon the following:

>Leslie E. Silverman, Esq.
>lsilverman@fortneyscott.com
>John D. Clifford, Esq.
>jclifford@fortneyscott.com
>Fortney & Scott, LLC
>1750 K Street, NW
>Suite 325
>Washington, DC 200006

Attorneys for Defendants Lauren Drake and Mlegal Group, Inc.

>/s/ *Paul J. Kennedy*____
>Paul J. Kennedy